JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

I CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 8/2/2010

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALBERT MUFID MICHAIL,

    Petitioner,

vs.

GEORGE A. NEOTTI, Warden,

    Respondent.

Case No. SACV 10-1124-CJC (RNB)

**JUDGMENT**

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: July 29, 2010

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE